The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Andrew Lamont Spratley
    v. Commonwealth of Virginia
    Record No. 1715-17-4
    Opinion rendered by Judge Mary Grace O'Brien on
    October 9, 2018

2.  Tobias Ogbonna Reed
    v. Commonwealth of Virginia
    Record No. 1305-15-4
    Opinion rendered by Judge Alston upon remand from
    the Supreme Court of Virginia
    October 16, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Kevin Cody
     v. Commonwealth of Virginia
     Record No. 0599-17-4
     Opinion rendered by Judge Humphreys
       on April 17, 2018
     Refused (180664)

2.  Leslie Itutu Camp
     v. Commonwealth of Virginia
     Record No. 0483-17-2
     Opinion rendered by Judge Russell
       on May 8, 2018
     Refused (180738)

3.  Grace Nadine McGuire
     v. Commonwealth of Virginia
     Record No. 0395-17-4
     Opinion rendered by Judge Chafin
       on May 22, 2018
     Refused (180815)

4.  Dwight Delano Moore
     v. Commonwealth of Virginia
     Record No. 0224-17-1
     Opinion rendered by Judge Beales
       on June 5, 2018
     Refused (180869)